1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8   PAUL YAHNE,

9                           Plaintiff,

10                  v.

11  WASHINGTON STATE PATROL,

12                          Defendant.

CASE NO. C13-5923 BHS

ORDER DENYING PLAINTIFF'S
MOTION FOR
RECONSIDERATION AND
GRANTING PLAINTIFF'S
MOTION TO EXTEND
DEADLINES

13

14       This matter comes before the Court on Plaintiff Paul Yahne's ("Yahne") motion

15  for extension of deadlines (Dkt. 13) and motion for reconsideration (Dkt. 15).

16       On October 21, 2013, Plaintiff Paul Yahne ("Yahne") filed a complaint against

17  Defendants Washington State Patrol, Trooper Jon Ames, Trooper Angela Hayes's ("State

18  Defendants"), and two Tacoma police officers under 42 U.S.C. § 1983.  Dkt. 3.  On

19  January 16, 2014, the State Defendants moved to dismiss.  Dkt. 11.  On January 21, 2014,

20  Yahne filed a motion to extend the initial case deadlines.  Dkt. 13.  On March 4, 2014,

21  the Court granted the State Defendant's motion and dismissed Yahne's claims against

22

ORDER - 1

1  them with prejudice.  Dkt. 14.  On March 12, 2014, Yahne filed a motion for

2  reconsideration.  Dkt. 15.

3     With regard to the motion for reconsideration, it is well settled law that Yahne

4  may not bring his § 1983 claims for damages against the State Defendants.  *See* Dkt. 14.

5  Therefore, the Court **DENIES** Yahne's motion for reconsideration.

6     With regard to Yahne's request for an extension, Yahne asserts that he will soon

7  be released from incarceration and requests that the Court extend the joint status report

8  ("JSR") deadline until after July 4, 2014.  Dkt. 13.  In light of Yahne's impending release

9  next week, the Court will extend the JSR deadline to May 1, 2014.  If Yahne fails to file a

10  JSR or show good cause why a JSR could not be filed by May 1, 2014, the Clerk shall

11  **DISMISS** Yahne's remaining claims against the Tacoma police officers without

12  prejudice and without further order of the Court.

13     **IT IS SO ORDERED.**

14     Dated this 17th day of March, 2014.

15

16

17     BENJAMIN H. SETTLE
       United States District Judge

18

19

20

21

22

ORDER - 2